# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS ROSA, | : | |
| Plaintiff | : | No. 1:19-CV-1452 |
| | : | |
| v. | : | Judge Rambo |
| | : | |
| COMMONWEALTH OF | : | Electronically Filed Document |
| PENNSYLVANIA DEPARTMENT | : | |
| OF CORRECTIONS, | : | *Complaint Filed 08/21/19* |
| Defendants | : | |

## WITHDRAWAL OF APPEARANCE

Please withdrawal my appearance entered on behalf of third-party Timothy

Gates, Esq. in the above-captioned case.

**Respectfully submitted,**

**By:**   *s/ Jessica S. Davis*
_____
**JESSICA S. DAVIS**
**Assistant Counsel**
**Attorney ID 94560**

**Governor's Off. of GC**
**Pennsylvania State Police**
**1800 Elmerton Ave.**
**Harrisburg, PA 17110**
**Phone: (717) 787-0338**

**jessicdavi@pa.gov**

**Date: February 15, 2023**                **Counsel for Timothy Gates**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LUIS ROSA,** | : | |
| **Plaintiff** | : | **No. 1:19-CV-1452** |
| | : | |
| **v.** | : | **Judge Rambo** |
| | : | |
| **COMMONWEALTH OF** | : | **Electronically Filed Document** |
| **PENNSYLVANIA DEPARTMENT** | : | |
| **OF CORRECTIONS,** | : | *Complaint Filed 08/21/19* |
| **Defendants** | : | |

**CERTIFICATE OF SERVICE**

I, Jessica S. Davis, Assistant Counsel for the Governor's Office of General

Counsel, hereby certify that on February 15, 2023, I caused to be served a true and

correct copy of the foregoing document titled Withdrawal of Appearance to the

following:

**VIA ELECTRONIC FILING**

**Kathryn L Simpson**              **Alex Korn**
**Mette, Evans & Woodside**        **Office of Attorney General**
**3401 North Front Street**        **15th Floor, Strawberry Sq.**
**P.O. Box 5950**                  **Harrisburg, PA 17120**
**Harrisburg, PA 17110-0950**      **akorn@attorneygeneral.gov**
**717-232-5000**                   *Counsel for Defendants*
**Email: klsimpson@mette.com**
*Counsel for Plaintiff*


 *s/ Jessica S. Davis*
**JESSICA S. DAVIS**
Assistant Counsel