IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUIS ROSA,** | Civil No. 1:19-CV-1452 |
| **Plaintiff,** | |
| v. | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS, et al.,** | |
| **Defendants.** | Judge Sylvia H. Rambo |

### O R D E R

**AND NOW**, this 9th day of May, 2024, and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** as follows:

1. Plaintiff's objections (Doc. 123) to the Report and Recommendation are **OVERRULED;**

2. The Report and Recommendation is **ADOPTED**;

3. Plaintiff's Motion for Partial Summary Judgment (Doc. 104) is **DENIED**;

4. Defendants' Motion for Summary Judgment (Doc. 111) is **GRANTED** in its entirety; and

5. The Clerk of Court is **DIRECTED** to close this case.

*/s/*Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge